IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   2:12-cr-00362-GEB-1
              Plaintiff,             )
                                     )
       v.                            )   ORDER REGARDING DEFENDANT'S
                                     )   IN PRO PER FILINGS
ALAN DAVID TIKAL,                    )
                                     )
              Defendant.             )
_____ )

On December 10, 2012, and December 11, 2012, Defendant attempted to file *in propria persona* two copies of an approximately one inch thick compilation of documents entitled "Motion to Reconsider." This compilation of documents is comprised of an affidavit in which Defendant requests reconsideration of the November 26, 2012 order disregarding his motion to dismiss that was filed on November 20, 2012, and multiple documents which appear to have been filed by Defendant with the California Secretary of State and/or the Social Security Administration. Defendant also attempted to file a "private letter" with enclosures on December 12, 2012, in which Defendant "refute[s] [the Court's] implied claim of in personam jurisdiction" and appears to request his immediate release. Further, on December 18, 2012, Defendant again attempted to engage in hybrid representation by filing a Notice of Appeal of the November 26, 2012 order.

Defendant's December 12, 2012 correspondence and December 18, 2012 Notice of Appeal shall be filed so that Defendant's counsel and the

1 | government understand the nature of the arguments Defendant is seeking
2 | to make. The two copies of Defendant's approximately one inch thick
3 | attempted filings shall be returned to Defendant through his counsel.

Dated:  December 21, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```