1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                  FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,          )
                                       )    2:12-cr-00362-GEB
7                      Plaintiff,      )
                                       )    ORDER FOR EXAMINATION AND
8            v.                        )    REPORT UNDER 18 U.S.C. §§
                                       )    4241(b) and 4247(b),(c)
9   ALAN DAVID TIKAL,                  )
                                       )
10                     Defendant.      )
    _____    )

11

12          On January 25, 2013, Defendant appeared in the courtroom for

13   a trial confirmation hearing. During that hearing, the undersigned judge

14   informed the parties that due to multiple nonsensical writings Defendant

15   has attempted to file *in propria persona*, and the nature of Defendant's

16   interactions with the undersigned judge during a past court proceeding,

17   in which Defendant questioned the undersigned judge's authority to

18   preside over the proceeding, the undersigned judge questions Defendant's

19   competency to assist properly in his defense.

20          Defense counsel stated his opinion that Defendant is

21   competent, and said that he believes Defendant's conduct is volitional

22   and not the product of any mental illness. The government replied that

23   it too has questioned Defendant's competency, that it has communicated

24   with defense counsel concerning Defendant's competency on multiple

25   occasions, and that defense counsel has always stated his belief that

26   Defendant's behavior is volitional.

27          Defendant's above-referenced conduct has given the undersigned

28   judge "reasonable cause to believe that the defendant may presently be

                                       1

suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable . . . to assist properly in his defense." 18 U.S.C. § 4241(a). Therefore, Defendant shall undergo psychiatric and/or psychological examinations under 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b), to determine whether he has the requisite ability to assist properly in his own defense. Defendant shall be transported to the place designated by the Federal Bureau of Prisons for the examination and/or study. The examining officials are authorized to access all pertinent medical and collateral information, including psychiatric and medical records and psychological testing.

Further, a psychiatric and/or a psychological report shall be provided to the Court in accordance with 18 U.S.C. §§ 4241(b) and 4247(c).

The Clerk of the Court shall include the United States Marshal and the Federal Bureau of Prisons in the service of this Order. To apprize examination officials of the criminal charges against Defendant, the Clerk of the Court shall attach to this order a copy of the indictment (ECF No. 7). The Clerk of the Court shall also attach to this order copies of docket entry numbers 12, 13, 16, and 18, which concern the Defendant's attempted unauthorized *in propria persona* communications with the Court.

Dated:  January 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge