BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
MAGGY KRELL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 12-362 GEB |
| | ) | |
| Plaintiff, | ) | JOINDER IN MOTION FOR EXTENSION |
| | ) | OF TIME; AND [proposed] ORDER |
| v. | ) | |
| | ) | |
| ALAN DAVID TIKAL, | ) | Date: April 12, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

Pursuant to 18 U.S.C. § 4247(b), the Warden for the Metropolitan Correctional Center in San Diego, California, has requested an extension of 15 days to complete the observation and evaluation of defendant Tikal.  Docket, # 23.  The United States joins in this motion and asks that it be granted and that a status conference be set for April 12, 2013.  Counsel for the defendant does not object to these requests.

On January 25, 2013, this Court ordered the defendant be committed to the custody of the Bureau of Prisons to undergo a competency examination pursuant to 18 U.S.C. §§ 4241(b), 4247(b).  Docket, ## 21, 20.  The defendant arrived at the Metropolitan

-1-

Correctional Center on February 8, 2013.  Docket, # 23.  Under Section 4247(b), the facility had 30 days, or until March 10, 2013, to complete the evaluation.  However, Section 4247(b) gives director of the facility the ability to request an extension of up to 15 days upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.  18 U.S.C. § 4247(b).  The Warden of the facility has made that request and informed the Court that the extension is necessary because, among other reasons, there are ten other pending court-ordered evaluations being performed at the facility.  Docket, # 23.  That fact, coupled with other clinical duties for which the facility's forensic psychologists are responsible mean that the evaluation of the defendant cannot be completed within the original 30 day period.  Id.  The government submits that this constitutes good cause and that the request for a 15 day extension should be granted.

The Warden's request states that the evaluation will be complete by March 25, and that the Court will receive the report of the evaluation within one week of that date.  Because of this, and because it is anticipated that it will take some time to transfer the defendant back to Sacramento, the government requests that the status conference currently set for March 15, 2013, be vacated, and that a status conference be set for April 12, 2013.  Again, counsel for the defendant does not object to this request.

DATED: March 6, 2013            BENJAMIN WAGNER
                                United States Attorney

                           By: /s/ Philip Ferrari
                                PHILIP A. FERRARI
                                Assistant U.S. Attorney

Good cause having been shown, the motion for a 15 day extension of time to complete the defendant's examination (Docket, # 23) is hereby GRANTED.

The status conference currently set for March 15, 2013, is vacated, and a new status conference is set for April 12, 2013, at 9:00 a.m.  The time between March 15, 2013 and April 12, 2013, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A) [Local Code A] (delay resulting from any proceeding, including examination, to determine mental competency of the defendant).

**IT IS SO ORDERED.**

Dated:  March 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge