IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>       v.                             )<br>                                      )<br> ALAN DAVID TIKAL,                    )<br>                                      )<br>            Defendant.                )<br> _____ ) | 2:12-cr-00362-GEB<br><br><u>ORDER</u> |

On April 1, 2013, the Bureau of Prisons sent the undersigned Judge, by email, the attached Forensic Evaluation of Defendant David Alan Tikal. The Forensic Evaluation shall be filed under seal. However, this order shall be filed on the public docket. This Order and the sealed Forensic Evaluation shall be served on counsel for Plaintiff and counsel for Defendant only.

Dated: April 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1