FILED
APR 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN DAVID TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN DAVID TIKAL,<br><br>    Defendant. | CASE NO. CR-S-12-362 TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date:  May 9, 2013<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through PHILIP FERRARI, Assistant U.S. Attorney, and defendant, ALAN DAVID TIKAL, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Friday, April 12, 2013, be continued to Thursday, May 9, 2013, at 9:30 a.m.

The reason for this continuance is because this case has been reassigned to Judge Troy L. Nunley pursuant to the Court's order (Doc. 32).

It is further stipulated that the time period from April 12, 2013, through and including the date of the new status conference hearing, May 9, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 8, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ALAN DAVID TIKAL

Dated: April 8, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
PHILIP FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on April 9, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, April 12, 2013, be vacated and that the case be set for **Thursday, May 9, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 9, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from April 12, 2013, through and including May 9, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 10, 2013

TROY L. NUNLEY
United States District Judge