UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN TIKAL<br><br>    Defendant. | No.  2:12-cr-362-TLN<br><br>**ORDER** |

On August 25, 2014, Defendant Alan Tikal filed a request with this Court seeking assistance in the preparation of his defense.  (ECF No. 98.)  Defendant is proceeding pro se and is currently housed at Sacramento County Jail.  Specifically, Defendant requests money to make phone calls from jail and to buy clothes to wear in the courtroom.  Defendant also requests extra library time.

All parties are advised that this matter is set to proceed to trial on September 15, 2014.  The Court orders the following:

1. Defendant shall be provided a place to prepare the defense of his case, which affords him adequate storage space and lighting for his legal materials.  Defendant's cell may be used for this purpose; however, materials exceeding jail fire safety limitations may be stored elsewhere in the facility;

2. Defendant shall be permitted to have available to him in the jail a writing instrument,

1

as approved by the Sheriff, paper, and regular manila folders. These items shall be furnished at the County's expense. However, if Defendant has a balance in his trust account that exceeds the normal amount allowable by the Sheriff for expenditures during the week, such funds shall be used to purchase stationary supplies, regardless of his indigence;

3. Defendant is authorized to receive in paperback form the following items: legal journals, law reviews, and other legal documents delivered to him by mail or otherwise at the Sacramento County Jail;

4. Defendant shall be authorized the use of legal research materials. The Sheriff may in his discretion either allow Defendant the use of the law library for at least five hours per week and/or provide to Defendant legal research materials in his cell. Given the pending trial date set for September 15, 2014, the Sheriff shall promptly provide library access and/or research materials. The Sherriff shall maintain a log as to the legal materials requested and those that are delivered to the Defendant, including the date and time they are requested, the date and time they are delivered, and the date and time they are returned by Defendant to the Sheriff;

5. Defendant shall be allowed to have visits by prospective witnesses. Only persons designated as prospective witnesses in this case will be permitted visitation during this period of time. Social visits will not be permitted under the guise of visits as witnesses;

6. Defendant shall have the use of a telephone in connection with the preparation of his case. Such use is restricted to phone calls to his court-appointed stand-by counsel, investigator, or paralegal. The Sheriff shall log the giving of these calls, and may include the number called;

7. Defendant's request that the court buy clothes for him to wear in the courtroom is denied. Defendant shall direct all requests regarding his courtroom attire to his stand-by counsel;

8. Defendant will be given unlimited legal mail privileges for matters pertaining to his

cases. Sealing of legal mail will be done in the presence of a party as approved by the Sheriff. Postage will be provided by the County;

9. Defendant shall be entitled to subpoena witnesses according to federal court rules for in propria persona defendants. Defendant is advised to request subpoena forms through his stand-by counsel, or to make requests directly to the Court. If necessary, the subpoena will be served by the United States Marshal's office;

10. The Sheriff is authorized, upon good cause, to suspend any or all of the above-ordered privileges. A suspension in any degree shall be immediately reported to the Court;

11. Should Defendant be transferred to another facility of the Sheriff's Department while the case is pending, the provisions of this Order shall remain in effect at the subsequent facility;

12. And, this Order shall expire when Defendant's criminal case is concluded by either a dismissal or sentence. The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

Dated: September 3, 2014

Troy L. Nunley
United States District Judge