BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
MAGGY KRELL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALAN TIKAL,<br><br>                    Defendant. | CASE NO.  CRS-12-0362-TLN<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE:    September 15, 2014<br>TIME:     9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

The United States submits the following list of witnesses it may call in its case-in-chief:

1.  Brenda Clark
2.  Ayda Cordoba
3.  Sheila Eisenhuth
4.  Rosa Escajeda
5.  Aaron Galuppo
6.  Fernando Guzman
7.  Claudine Klein
8.  Brandon Le
9.  Norma Madriaga
10. Angelita Martinez

11. Antonio Escajeda

12. Victoria Nelson

13. Paige Mead

14. Hilario Roman

15. Leah Roman

16. Jennifer Solis

17. Linda Stafford

18. Jay Stein

19. Carol Turk

20. Tamara Tikal

21. Ray Kornfeld

22. Orlando Vera

23. IRS-CI Special Agent Mark Weber

24. SIGTARP Special Agent Joseph Camillucci

25. Matthew Johnson, Office of the Comptroller of the Currency

26. Tim Mathers, Internal Revenue Service (Civil)

27. Edward McDonald, Office of the United States Trustee

28. Sharon Green, JP Morgan Chase

29. Karen Riney, Wells Fargo Bank

30. TBD, Bank of America

The United States requests leave of the Court to call additional witnesses as may become appropriate or necessary during the course of the trial.

Dated: September 8, 2014              BENJAMIN B. WAGNER
                                      United States Attorney

                                 By:  /s/ PHILIP A. FERRARI
                                      PHILIP A. FERRARI
                                      Assistant United States Attorney