BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
MAGGY KRELL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CRS-12-0362-TLN |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: September 15, 2014 |
| ALAN TIKAL, | TIME:  9:00 a.m. |
| | COURT: Hon. Troy L. Nunley |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Welcome letter re: KATN loan including payment coupons, sent to victim L.R. | TIKAL-68538 - 68542 | | |
| 3 | Letter advising of change in monthly payments, sent to victim C.T. | TIKAL-77033 | | |

| | | | | |
|---|---|---|---|---|
| 4 | Letter concerning bankruptcy filing, attaching attorney letter requesting payment, sent to victim C.T. | TIKAL-69347-69349 | | |
| 5 | Letter concerning bankruptcy filing, requesting continuing payments, sent to victim N.M. | TIKAL-67776 | | |
| 6 | Update letter requesting payment, sent to victim H.R. | TIKAL-68537 | | |
| 7 | Update letter requesting payment, sent to victim A.M. | TIKAL-68003-68005 | | |
| 8 | Update letter requesting payment, sent to victim A.E. | TIKAL-66921-66923 | | |
| 9 | KATN Direct Servicing letter, sent to victim C.T. | TIKAL-69439-69440 | | |
| 10 | Purported Payoff Check re: victim C.T.'s loan | TIKAL-72786-72789 | | |
| 11a | Monthly loan payment from victim A.C. | TIKAL-75753 | | |
| 11b | Monthly loan payment from victim A.C. | TIKAL-77032 | | |
| 12 | KATN loan payment coupons, sent to victim A.C. | TIKAL- | | |
| 13a | JP Morgan Chase Business Depository Resolution; Business Signature Card KATN Acct ending 9911 | TIKAL-40917-40918 | | |

GOVERNMENT'S WITNESS LIST

2

| | | | | |
|---|---|---|---|---|
| 13b | JP Morgan Chase Bank Statement 10/1/10 – 10/29/10 KATN Acct ending 9911 | TIKAL-39952-39961 | | |
| 13c | Check #1005 and Check #1006 KATN Acct ending 9911 | TIKAL-45695; 45697 | | |
| 13d | Wells Fargo Consumer Account Application for KATN | TIKAL-45646-45659 | | |
| 13e | Wells Fargo PMA Statement 10/1/10 – 10/31/10 for KATN | TIKAL-45639 - 45646 | | |
| 13f | Check #1005 and Check #1006 KATN Acct ending 9911 | TIKAL-40146-40147 | | |
| 13g | Check #098 KATN Acct ending 0304 | TIKAL-45676 | | |
| | | | | |
| 20 | Turk Cashier's Check 18006100 | TIKAL-44801 | | |
| 21 | Turk Private International Contract & Agreement | TIKAL-69391 | | |
| 22a | Turk Note Secured by Deed of Trust | TIKAL-69310 | | |
| 22b | Turk Note Secured by Deed of Trust | TIKAL-69311 | | |
| 23 | Turk Cashier's Check #18007530 | TIKAL-69306 | | |
| 24 | Turk Letter from KATN dated 12/23/10 | TIKAL-69292-69302 | | |

| | | | | |
|---|---|---|---|---|
| 25 | Turk Official Check #36003123 | TIKAL-69315 | | |
| 26a | Turk Check# 2292 | TIKAL-41098 | | |
| 26b | Turk Check #2298 | TIKAL-41181 | | |
| 26c | Turk Check #2300 | TIKAL-41231 | | |
| 26d | Turk Check #2304 | TIKAL-41355 | | |
| 26e | Turk Check #2307 | TIKAL-41498 | | |
| 26f | Turk Check #2309 | TIKAL-41683 | | |
| 27 | E-mail to Turk from Liz Castillo dated 1/7/11 | TIKAL-69356-69357 | | |
| 28 | Turk Email from Ray Kornfeld dated 6/20/11 | TIKAL-69371 | | |
| 29 | Turk Email from Carol Turk to sky.pohle dated 7/20/11 | TIKAL-69375 | | |
| 30 | Turk Email from Ray Kornfeld | TIKAL-69434 | | |
| | | | | |
| 50 | Madriaga Check #1098 | TIKAL-38559 | | |
| | | | | |
| 55 | Martinez Payment Coupon | | | |
| 56 | Martinez Cashier's Check | | | |
| | | | | |
| 60 | Roman Check #1013 | TIKAL-38601 | | |
| 61 | Roman Check #1012 | TIKAL-38602 | | |
| 62 | Roman Check #1014 | TIKAL-38600 | | |

GOVERNMENT'S WITNESS LIST                           4

| | | | | |
|---|---|---|---|---|
| 65 | Solis Authorization and Acknowledgement Statement for: Alan Tikal | | | |
| 66 | Solis Note Secured by Deed of Trust | | | |
| 75 | S. Eisenhuth Wells Fargo Letter dated 9/30/09 | TIKAL-62169 | | |
| 76 | S. Eisenhuth Satisfaction of Mortgage | TIKAL-57974-57978 | | |
| 77 | S. Eisenhuth Gray & Associates Letter dated 3/5/11 | TIKAL-53043 | | |
| 78 | S. Eisenhuth Tamara's Admin Services Inc Letter dated 11/16/10 | TIKAL-58355 | | |
| 79a | S. Eisenhuth Costs chart | TIKAL-57902 | | |
| 79b | S. Eisenhuth Check #5029 | TIKAL-42889 | | |
| 79c | S. Eisenhuth Check #5025 | TIKAL-42892 | | |
| 79d | S. Eisenhuth Check #5026 | TIKAL-42903 | | |
| 80 | S. Eisenhuth Costs chart | TIKAL-57900 | | |
| 81 | S. Eisenhuth JP Morgan Chase Statement 6/1/11 – 6/30/11 Acct ending 9698 | TIKAL-41271-41278 | | |
| 82a | S. Eisenhuth Check #1041 | TIKAL-41269 | | |
| 82b | S. Eisenhuth Check #1043 | TIKAL-41371 | | |
| 82c | S. Eisenhuth Check #1050 | TIKAL-41377 | | |
| 82d | S. Eisenhuth Check #1051 | TIKAL-41380 | | |
| 82e | S. Eisenhuth Check #1052 | TIKAL-41379 | | |

| | | | | |
|---|---|---|---|---|
| 82f | S. Eisenhuth Check# 1070 | TIKAL-41516 | | |
| 83a | S. Eisenhuth Check #6355 | TIKAL-41282 | | |
| 83b | S. Eisenhuth Check #30 | TIKAL-41304 | | |
| 83c | S. Eisenhuth Check #1050 | TIKAL-41332 | | |
| 83d | S. Eisenhuth Check #2304 | TIKAL-41355 | | |
| 83e | S. Eisenhuth Check #2089 | TIKAL-41606 | | |
| 84 | S. Eisenhuth US Bank Statement 2/18/12 – 3/19/12 Acct ending 6148 | TIKAL-70356; 70358-70362 | | |
| 85a | S. Eisenhuth Check #5000 | TIKAL-70423 | | |
| 85b | S. Eisenhuth Check #5000 | TIKAL-70424 | | |
| 86a | S. Eisenhuth Check #97 | TIKAL-70392 | | |
| 86b | S. Eisenhuth Check #1508 | TIKAL-70401 | | |
| 86c | S. Eisenhuth Check #1532 | TIKAL-70417 | | |
| 87 | S. Eisenhuth Travis Credit Union Bank Statement 4/1/13 – 4/30/13 Acct ending 1582 | TIKAL-75875-75882 | | |
| 88 | S. Eisenhuth State of California Secretary of State Articles of Organization | TIKAL-75671 | | |
| 89a | S. Eisenhuth Check #1010 | TIKAL-75547 | | |
| 89b | S. Eisenhuth Check #1011 | TIKAL-75552 | | |
| | | | | |
| 90 | Mead Email from Mead to Mark Weber dated 2/20/12 | TIKAL-68137-68142 | | |

| | | | | |
|---|---|---|---|---|
| 91 | Mead<br>Email from Mead to Mark Weber Dated 20/20/12 | TIKAL-68149 | | |
| 92 | Mead<br>Email from Mead to Mark Weber dated 2/20/12 | TIKAL-68147-68148 | | |
| 93 | Mead<br>Email from Mead to David Jones dated 6/22/11 | TIKAL-49440-49441 | | |
| | | | | |
| 101a | Bank of America Signature Card Acct ending 0125 | TIKAL-34657 | | |
| 101b | Bank of America Declarations | TIKAL-34535; 34794-34795; 34824-34825; 34802 | | |
| 102a | Bank of America Signature Card Acct ending 2140 | TIKAL-34585 | | |
| 102B | Bank of America Declarations | TIKAL-34535; 34794-34795; 34824-34825; 34802 | | |
| 103a | Bank of America Signature Card Acct ending 2314 | TIKAL-34536-34538 | | |
| 103b | Bank of America Declarations | TIKAL-34535; 34794-34795; 34824-34825; 34802 | | |
| 104a | Signature Card Acct ending 2314 | TIKAL-34744-34746 | | |
| 104b | Bank of America Declarations | TIKAL-34535; 34794-34795; 34824-34825; 34802 | | |
| 105a | Bank of America Statement 1/25/10 Accts ending 6817; 6491 | TIKAL-34588-34591 | | |

| | | | | |
|---|---|---|---|---|
| 105b | Bank of America Declarations | TIKAL-34535; 34794-34795; 34824-34825; 34802 | | |
| 106a | Bank of Nevada Account Agreement Acct ending 0458 | TIKAL-36693-36695 | | |
| 106b | Bank of Nevada Declaration | TIKAL-34271 | | |
| 107a | First Bank Statement Acct ending 1371 | TIKAL-71580-71587 | | |
| 107b | First Bank Declaration | TIKAL-71578-71579 | | |
| 108a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 7082 | TIKAL-35602-35603 | | |
| 108b | JP Morgan Chase Declarations | TIKAL-35439-35444 | | |
| 109a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 8355 | TIKAL-35604-35605 | | |
| 109b | JP Morgan Chase Declarations | TIKAL-35439-35444 | | |
| 110a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 8363 | TIKAL-35606-35607 | | |
| 110b | JP Morgan Chase Declarations | TIKAL-35424-35425; 35439-35444 | | |
| 111a | JP Morgan Chase Signature Card Acct ending 1369 | TIKAL-41765 | | |
| 111b | JP Morgan Chase Declaration | TIKAL-35449-35455 | | |

| | | | | |
|---|---|---|---|---|
| 112a | JP Morgan Chase Signature Card Acct ending 7397 | TIKAL-39577 | | |
| 112b | JP Morgan Chase Declarations | TIKAL-35458-35461 | | |
| 113a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 0593 | TIKAL-40959-40961 | | |
| 113b | JP Morgan Chase Declarations | TIKAL-35449-35455 | | |
| 114a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 9598 | TIKAL-41726-41730 | | |
| 114b | JP Morgan Chase Declarations | TIKAL-35463-35467; 35449-35455 | | |
| 115a | Washington Mutual – JP Morgan Chase Master Account Agreement Acct ending 3371-5 | TIKAL-39228 | | |
| 115b | JP Morgan Chase Declarations | TIKAL-35463-35467 | | |
| 116a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 8751 | TIKAL-35600-35601 | | |
| 116b | JP Morgan Chase Declarations | TIKAL-35424-35425; 35439-35444 | | |
| 117a | JP Morgan Chase Business Depository Resolution and Signature Card Acct ending 9911 | TIKAL-40917-40918 | | |

| | | | | |
|---|---|---|---|---|
| 117b | JP Morgan Chase Declarations | TIKAL-35449-35455 | | |
| 118a | JP Morgan Chase Signature Card Acct ending 8957 | TIKAL-39649 | | |
| 118b | JP Morgan Chase Declarations | TIKAL-35458-35461 | | |
| 119a | TCF Bank Business Account Application and Agreement Acct ending 4241 | TIKAL-42085-42094 | | |
| 119b | TCF Bank Declaration | TIKAL-76933 | | |
| 120a | TCF Bank Account Agreement Acct ending 3512 | TIKAL-42015-42017 | | |
| 120b | TCF Bank Declaration | TIKAL-76933 | | |
| 121a | TCF Bank Account Agreement Acct ending 3513; 3514 | TIKAL-42045-42047 | | |
| 121b | TCF Bank Declaration | TIKAL-76933 | | |
| 122a | TCF Bank Account Agreement Acct ending 5890; 3100 | TIKAL-41913-41915 | | |
| 122b | TCF Bank Declaration | TIKAL-76933 | | |
| 123a | Travis Credit Union Business Account Application Acct ending 1582 | TIKAL-75663; 75665; 75667; 75669 | | |
| 123b | Travis Credit Union Declaration | TIKAL-75314; 75717 | | |
| 124a | US Bank Statement 7/29/10 - 7/31/10 Acct ending 6780 | TIKAL-42583-42584 | | |

| | | | | |
|---|---|---|---|---|
| 124b | US Bank Declaration | TIKAL-42335-42336; 42309-42310 | | |
| 125a | US Bank Signature Card Acct ending 6148 | TIKAL-70342-70343 | | |
| 125b | US Bank Declaration | TIKAL-75241 | | |
| 126a | US Bank Signature Card Acct ending 0413 | TIKAL-42281-42282 | | |
| 126b | US Bank Declaration | TIKAL-77031 | | |
| 127a | US Bank Statement 3/24/11 – 3/31/11 Acct ending 5551 | TIKAL-42531-42532 | | |
| 127b | US Bank Declaration | TIKAL-42335-42336; 42309-42310 | | |
| 128a | US Bank Signature Card Acct ending 5912 | TIKAL-42167 | | |
| 128b | US Bank Declaration | TIKAL-77031 | | |
| 129a | Wells Fargo Bank Relationship Change Application Acct ending 6151 | TIKAL-46261-46266 | | |
| 129b | Wells Fargo Bank Declarations | TIKAL-44179; 44181; 44192-44193; 44196-44197-44206-44207; 44211-44212 | | |
| 130a | Wells Fargo Bank Consumer Account Application Acct ending 0304; 3415 | TIKAL-45656-45659 | | |

GOVERNMENT'S WITNESS LIST    11

| | | | | |
|---|---|---|---|---|
| 130b | Wells Fargo Bank Declarations | TIKAL-44179; 44181; 44192-44193; 44196-44197-44206-44207; 44211-44212 | | |
| 131a | Wells Fargo Bank Consumer Account Application Acct Ending 4668 | TIKAL-45971-45977 | | |
| 131b | Wells Fargo Bank Declarations | TIKAL-44179; 44181; 44192-44193; 44196-44197-44206-44207; 44211-44212 | | |
| 132a | Wells Fargo Bank Addendum to Certificate of Authority Acct Ending 2771 | TIKAL-44321-44322 | | |
| 132b | Wells Fargo Bank Declarations | TIKAL-44179; 44181; 44192-44193; 44196-44197-44206-44207; 44211-44212 | | |
| 133a | Wells Fargo Bank Consumer Account Application Acct ending 0793; 1742; 0785; 1734 | TIKAL-44179; 44181; 44192-44193; 44196-44197-44206-44207; 44211-44212 | | |
| | | | | |
| 140a | Chart Homeowner Deposits into all Known Bank Accounts | | | |
| 140b | Chart Deposits from Victims to PC's | | | |

| | | | | |
|---|---|---|---|---|
| 140c | Chart KATN-Related Deposits into Accounts Held by Tikal | | | |
| 140d | Chart Expenditures by Alan & Tamara Tikal | | | |
| 140e | Chart Total Homeowner Deposits January 2010 – August 2013 | | | |
| 141 | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 142a | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 142b | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 142c | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 142d | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 142e | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 142f | Spreadsheet Deposits into Accounts Held by Tikal | | | |
| 143 | Spreadsheet Deposits into Accounts Held by Javier Ordonez | | | |

| | | | | |
|---|---|---|---|---|
| 144 | Spreadsheet Deposits into Accounts Held by CAA | | | |
| 145 | Spreadsheet Deposits into Accounts Held by Aaron Gallupo | | | |
| 146 | Spreadsheet Deposits into Accounts Held by Jose Castellanos | | | |
| 147 | Spreadsheet Deposits into Accounts Held by Brandon Le | | | |
| 148 | Spreadsheet Deposits into Accounts Held by Jay Stein | | | |
| 149 | Spreadsheet Withdrawals from Accounts Held by Tikal | | | |
| 150a | TCF Bank Statement 11/16/10 – 12/15/10 Acct ending 3513 | TIKAL-42027-42028 | | |
| 150b | TCF Bank Statement 11/16/10 – 12/15/10 Acct ending 3512 | TIKAL-41920-41921 | | |
| 150c | TCF Bank Statement 11/16/10 – 12/15/10 Acct ending 5890 | TIKAL-41828-41831 | | |
| 150d | US Bank Statement 11/19/10 – 12/17/10 Acct ending 0413 | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 200 | US Bankruptcy Court District of Nevada #11-19669-mkn Docket Report | | | |
| 201 | US Bankruptcy Court District of Nevada #11-19669-mkn Voluntary Petition | | | |
| 202 | US Bankruptcy Court District of Nevada #11-19669-mkn Amendment Cover Sheet | | | |
| 203 | US Bankruptcy Court District of Nevada #11-19669-mkn Amendment Cover Sheet | | | |
| 204 | US Bankruptcy Court District of Nevada #11-19669-mkn Opposition to the Motion for Relief from Automatic Stay Filed by Wells Fargo Bank N.A. | | | |
| 205 | US Bankruptcy Court District of Nevada #11-19669-mkn Order Dismissing Case | | | |
| 210 | US Bankruptcy Court District of Nevada #11-23486-led Docket Report | | | |

| | | | | |
|---|---|---|---|---|
| 211 | US Bankruptcy Court District of Nevada #11-23486-led Voluntary Petition | | | |
| 212 | US Bankruptcy Court District of Nevada #11-23486-led Opposition to the Motion for Relief from Automatic Stay Filed by Wells Fargo Bank N.A. | | | |
| 213 | US Bankruptcy Court District of Nevada #11-23486-led Opposition to the Motion for Relief from Automatic Stay Filed by Wells Fargo Bank N.A. | | | |
| 214 | US Bankruptcy Court District of Nevada #11-23486-led Audio Transcription 341 Meeting of Creditors Held October 13, 2011 | | | |
| 215 | US Bankruptcy Court District of Nevada #11-23486-led Amendment Cover Sheet | | | |
| 216 | US Bankruptcy Court District of Nevada #11-23486-led Stipulation to Extend Deadlines | | | |

| | | | | |
|---|---|---|---|---|
| 217 | US Bankruptcy Court District of Nevada #11-23486-led Affidavit of Attempted Delivery | | | |
| 218 | US Bankruptcy Court District of Nevada #11-23486-led Amendment Cover Sheet | | | |
| | | | | |
| 225 | Webinar Disk | | | |
| 226 | Conference Call Disk | | | |
| | | | | |
| 250 | Al Tikal – Private Registered Banker Mortgage Debt Reduction Most Asked Questions Regarding the Program | TIKAL-53119-53123 | | |
| 251 | Lease Agreement | TIKAL-57756-57774 | | |
| 252 | Letter from McAndrews, Allen & Matson to Alan Tikal dated 8/12/10; Letter from McAndrews, Allen & Matson to Rev. Samuel Padilla/Sergio Padilla dated 8/12/10 | TIKAL-55511-55512 | | |
| 253 | Letter from Joseph Fang to Alan Tikal dated 2/19/11 | TIKAL-53547-53552 | | |
| 254 | Letter from Hemar, Rousso & Heald to Betsy Liu and Alan Tikal dated 2/9/11 | TIKAL-52721-52724 | | |

GOVERNMENT'S WITNESS LIST                    17

|  |  |  |  |  |
|---|---|---|---|---|
| 255 | Letter from LBPS to Alan Tikal dated 2/8/11 | TIKAL-52678-52682 | | |
| 256 | Letter from Rutan to Alan Tikal, Bonnie Brown and Steven Egbert dated 8/10/10 | TIKAL-56487-56489 | | |
| 257 | Letter from US Bank to Alan Tikal dated 8/18/10 | TIKAL-56482-56484 | | |
| 258 | Letter – To Whom it may Concern from Tamara Silva dated 3/28/11 | TIKAL-59747 | | |
|  |  |  |  |  |
| 260 | Box of Unopened Mail | | | |
| 261 | Box of Unopened Mail | | | |
| 262 | Mailing Receipts | | | |
| 263 | Check Paper | | | |
| 264 | Check Drafts | | | |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:  September 8, 2014                           BENJAMIN B. WAGNER
                                                   United States Attorney


                                            By:    /s/ PHILIP A. FERRARI
                                                   PHILIP A. FERRARI
                                                   Assistant United States Attorney