BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
MAGGY KRELL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN TIKAL,<br><br>Defendant. | CASE NO. CR. S-12-0362 TLN<br><br>MOTION TO DISMISS COUNT ONE IN THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE; **ORDER** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves to dismiss without prejudice Count One in the Superseding Indictment, charging Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. § 371, insofar as it is alleged against defendant Alan Tikal. The government will proceed to trial against defendant Tikal on Counts Two through Thirteen charging mail fraud and money laundering. The defendant is advised that, regardless of this motion, the government will seek to introduce various statements at trial pursuant to Federal Rule of Evidence 801(d)(2)(e). *United States v. Layton*, 855 F.2d 1388, 1398 (9th Cir. 1988) *overruled on other grounds by Guam v. Ignacio*, 10 F.3d 608, 612 n. 2 (9th Cir. 1993) ("A coconspirator's statement is admissible upon proof that it was made in furtherance of a conspiracy, notwithstanding the fact that the indictment

///

does not contain a conspiracy count.").

Dated:  September 5, 2014                                         BENJAMIN B. WAGNER
                                                                                       United States Attorney

                                                                                         /s/ Philip A. Ferrari
                                                                                       PHILIP A. FERRARI
                                                                                       Assistant United States Attorney

**O R D E R**

The United States' motion to dismiss is GRANTED and Count One in the Superseding Indictment is ordered DISMISSED WITHOUT PREJUDICE as to defendant Alan Tikal only.

**SO ORDERED:**

Dated: September 8, 2014

Troy L. Nunley
United States District Judge