UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-00362 TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALAN DAVID TIKAL, | |
| Defendant. | |

On July 10, 2014, after a hearing pursuant to *Faretta v. Cal.*, 422 U.S. 806 (1975), Defendant Alan David Tikal ("Defendant") waived his right to counsel and the Court permitted Defendant to proceed in propia persona. (ECF No. 81.) The Court appointed attorney Matthew Bockmon as standby counsel. (ECF No. 81.)

This matter is set for trial on September 15, 2014. At a hearing on September 11, 2014, Defendant requested that the Court issue an order that he be given access to a computer on September 12, 2014, through September 14, 2014, in order that he be able to prepare for trial due to the law library at the prison being closed on Fridays and weekends. Good cause appearing, the Court orders the Sacramento County Sheriff to provide Defendant access to a computer at reasonable times consistent with the jail's security requirements and in a manner consistent with

///

1

1  the Court's order.  The United States Marshal is directed to serve a copy of this Order on the
2  Sacramento County Main Jail.
3              IT IS SO ORDERED.
4  Dated: September 11, 2014

                                    Troy L. Nunley
                                    United States District Judge