

Caring About America Inc.

Leah Roman                                                    Loan Number  010081
▇▇▇▇▇▇▇▇▇▇ Drive
Vallejo, CA 94591

Dear Leah Roman,

We would like to welcome you to Caring About America, Inc. We have been hired by KATN Revocable Living Trust to be the loan servicing company on your new mortgage with them. Please find enclosed in this welcome package the following items:

1. Welcome letter with all loan information and payment procedures
2. 12 payment coupons
3. 12 return envelopes

Each year you will receive twelve payment coupons and twelve return envelopes for your convenience. This loan is a five-year interest only loan at 7.5%. There is a clause that allows for one time 5-year extension to the note. It is important to remember a few things about your loan.

1. You are REQUIRED to pay your property taxes. Failure to do so can result in foreclosure of your home.
2. You are REQUIRED to pay your homeowner's insurance. Failure to do so can result in insurance being forced on your property, which may be far more expensive than what you currently have.
3. This Mortgage Note has a Balloon Payment feature. What this means is that at the end of the 5-year term, or 10-year term if granted the 5-year extension, the loan will become due and payable. At that time you are required to refinance and pay off the loan.

Here is your loan information for future reference:

Subject Property:      46 Argonaut Drive Copperopolis, CA. 95228
Loan Number:           010081
Loan Amount:           $ 161,233.00
Payment Amount:        $ 1,007.71

There is a $25.00 fee for all payments that are received in our office more than 15 days late. It is important to know that we care about each of our customers. If you have any questions or concerns, please feel free to contact us at our toll free customer service number, which is, 866-222-4630. Our hours of operation are Monday through Friday, 9:00a.m. to 5:00p.m. pacific standard time. We want to thank you for your time and efforts in this matter, and we look forward to serving you.

Sincerely,

The Entire Caring About America Family

GOVERNMENT EXHIBIT
⍺
2:12-CR-0362 TLN

Caring About America Inc. | Post Office Box 778295 | Henderson, NV 89077

TIKAL-68538

## PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 2 | 25.00 | 1,032.71 |

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630




MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
████████████ Drive
Vallejo, CA 94591



OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

## PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 3 | 25.00 | 1,032.71 |

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630




MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
████████████ Drive
Vallejo, CA 94591



OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐



GOVERNMENT EXHIBIT
2
2:12-CR-0362 TLN

**PAYMENT COUPON AND ADVICE OF LATE FEES**

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 4 | 25.00 | 1,032.71 |

 
DUE DATE / PAYMENT DUE

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.
866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
▅▅▅▅▅▅▅▅▅▅ Drive
Vallejo, CA 94591



OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

---

**PAYMENT COUPON AND ADVICE OF LATE FEES**

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 5 | 25.00 | 1,032.71 |

 
DUE DATE / PAYMENT DUE

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.
866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
▅▅▅▅▅▅▅▅▅▅ Drive
Vallejo, CA 94591

OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

---

**PAYMENT COUPON AND ADVICE OF LATE FEES**

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 6 | 25.00 | 1,032.71 |

 
DUE DATE / PAYMENT DUE

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.
866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
▅▅▅▅▅▅▅▅▅▅ Drive
Vallejo, CA 94591



GOVERNMENT EXHIBIT 23 2:12-CR-0362 TLN

OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

TIKAL-68540

### PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late | DUE DATE | PAYMENT DUE |
|---|---|---|---|---|---|
| 010081 | 7 | 25.00 | 1,032.71 |  |  |

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
█████████████ Drive
Vallejo, CA 94591



OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

### PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late | DUE DATE | PAYMENT DUE |
|---|---|---|---|---|---|
| 010081 | 8 | 25.00 | 1,032.71 | |  |

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
█████████████ Drive
Vallejo, CA 94591

OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

### PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late | DUE DATE | PAYMENT DUE |
|---|---|---|---|---|---|
| 010081 | 9 | 25.00 | 1,032.71 |  |  |

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
█████████████ Drive
Vallejo, CA 94591



GOVERNMENT EXHIBIT
2:12-CR-0362 TLN

OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

TIKAL-68541

### PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 10 | 25.00 | 1,032.71 |

 

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
~~████████████~~ Drive
Vallejo, CA 94591



OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

---

### PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 11 | 25.00 | 1,032.71 |

 

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
~~████████████~~ Drive
Vallejo, CA 94591



OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

---

### PAYMENT COUPON AND ADVICE OF LATE FEES

| Loan No. | Coupon Number | Late Fee | Total Due If Payment Is Late |
|---|---|---|---|
| 010081 | 12 | 25.00 | 1,032.71 |

 

Payment RECEIVED, NOT IN THE MAIL, more than 10 days after due date MUST INCLUDE THE LATE FEE.

866-222-4630

MAINTAIN YOUR GOOD CREDIT STANDING BY MAKING YOUR PAYMENT ON OR BEFORE THE DUE DATE. RETURN THIS COUPON WITH YOUR EXACT PAYMENT

46 Argonaut Drive

Leah Z Roman
Hilario D Roman
~~████████████~~ Drive
Vallejo, CA 94591



GOVERNMENT EXHIBIT
2  5
2:12-CR-0362 TLN

OUR COMPANY POLICY IS NOT TO ACCEPT TWO PARTY CHECKS.

If name or address is incorrect check here and write changes on back site of this coupon. ☐

TIKAL-68542