UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAN DAVID TIKAL,<br><br>　　　　　Defendant. | No. 2:12-cr-00362 TLN<br><br><br>**ORDER** |

　　　　On July 10, 2014, after a hearing pursuant to *Faretta v. Cal.*, 422 U.S. 806 (1975), Defendant Alan David Tikal ("Defendant") waived his right to counsel and the Court permitted Defendant to proceed in propia persona. (ECF No. 81.) On September 15, 2014, following Defendant's conviction, the Court appointed attorney Matthew Bockmon as counsel for sentencing. On February, 19, 2015, Defendant appeared before this Court and asked to again proceed in propia persona. The Court granted Defendant's request and appointed attorney Matthew Bockmon as standby counsel. Defendant requested that the Court issue an order that he be given access to the law library, so that he may prepare for sentencing.

　　　　This matter is set for sentencing on March 5, 2015. Good cause appearing, the Court orders the Sacramento County Sheriff to provide Defendant access to the law library at reasonable times consistent with the jail's security requirements and in a manner consistent with

1

this Court's order. The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

        IT IS SO ORDERED.

Dated:  February 19, 2015

                                              Troy L. Nunley
                                              United States District Judge