UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00362-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| ALAN D. TIKAL , | |
| Defendant. | |

On February, 19, 2015, Defendant Alan D. Tikal ("Defendant") appeared before this Court and was again granted leave to proceed in propia persona. Defendant requested that the Court issue an order that he be given access to the law library, so that he could prepare for sentencing. Matthew Bockmon remained as standby counsel. On February 19, 2015, his Court issued an order to the Sacramento County Sheriff to provide the Defendant access to the law library at reasonable times consistent with the jail's security requirements. (*See* Order, ECF No. 213.)

On March 5, 2015, Defendant was sentenced in this Court. However, restitution could not be determined at that time, so the Court deferred ordering restitution. Accordingly, Defendant requires access to the law library to prepare for his restitution hearing. Good cause appearing, the Court orders the Sacramento County Sheriff to provide Defendant access to the law library at

1

reasonable times consistent with the jail's security requirements and in a manner consistent with this Court's order. Matthew Bockmon shall remain as standby counsel to assist Defendant through sentencing, including the restitution hearing. The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

    IT IS SO ORDERED.

Dated: March 26, 2015

Troy L. Nunley
United States District Judge