UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Alan David Tikal,<br><br>　　　　　Defendant. | No. 2:12-cr-00362-TLN-KJN<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

This matter is before the Court pursuant to *pro se* Defendant Alan David Tikal's ("Defendant") Motion for Immediate Release from Custody and Satisfaction of Judgment. (ECF No. 322.) Defendant requests relief similar to the relief he requested in his earlier Motion to Vacate, Set Aside, or Correct Sentence. (ECF No. 284.) The magistrate judge issued Findings and Recommendations recommending that earlier motion be denied, and the undersigned adopted those Findings and Recommendations in full. (ECF Nos. 312, 321.) The Court construes Defendant's current motion as a request for reconsideration pursuant to Local Rule 430.1. Defendant's motion is brief and nonsensical. (ECF No. 322 at 1.) Defendant does not identify any "new or different facts or circumstances" or "what other grounds exist for the motion," as required. L.R. 430.1(i)(3). Accordingly, the Court DENIES Defendant's Motion (ECF No. 322).

///

///

1

IT IS SO ORDERED.

Dated: April 12, 2018

Troy L. Nunley
United States District Judge